John J. Hebert (#010633)
Philip R. Rudd (#014026)
Wesley D. Ray (#026351)
**POLSINELLI SHUGHART PC**
3636 North Central Avenue, Suite 1200
Phoenix, AZ 85012
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: PhoenixBankruptcyECF@polsinelli.com
E-Mail: jhebert@polsinelli.com
E-Mail: prudd@polsinelli.com
E-Mail: wray@polsinelli.com

*Attorneys for the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA DEVELOPMENT PARTNERS, LLC;<br>THE CLUB AT SEVEN CANYONS, LLC<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-16711-RTBP<br>Case No. 2:10-bk-16714-RTBP<br><br>Jointly Administered Under<br>Case No. 2:10-bk-16711-RTBP<br><br>**MOTION FOR JOINT ADMINISTRATION AND APPROVAL OF A CONSOLIDATED CAPTION** |

Pursuant to Federal Rule of Bankruptcy Procedure 1015 and Local Rule of Bankruptcy Procedure 1015-1, Sedona Development Partners, LLC and The Club At Seven Canyons, LLC, debtors and debtors-in-possession in the above-referenced bankruptcies (collectively the "Debtors"), through counsel undersigned, hereby request that this Court order the joint administration of their Chapter 11 cases, numbered 2:10-bk-16711-RTBP and 2:10-bk-16714-RTBP respectively, and approve the use of the consolidated caption above. The joint administration of these related cases will allow for a more efficient and equitable administration of the Debtors' estates.

This Motion is supported by the attached Memorandum of Points and Authorities.

DATED: June 1, 2010.

POLSINELLI SHUGHART PC

By: /s/ *[signature]*
John J. Hebert
Philip R. Rudd
Wesley D. Ray
Security Title Plaza
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012

*Attorneys for the Debtors*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     FACTUAL BACKGROUND**

1. On May 27, 2010, Debtors filed their respective voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona.

2. The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. Debtors are Arizona limited liability companies.

4. Sedona Development Partners, LLC owns an 18-hole golf course and related entities, including luxury villas, a practice park, range house, tennis courts and related facilities in Sedona, Arizona, known generally as Seven Canyons (the "Property").

5. The Club At Seven Canyons operates the golf course and related facilities for Sedona Development Partners, LLC.

6. Sedona Development Partners, LLC is the manager and sole member of The Club At Seven Canyons.

7. Nearly all of Sedona Development Partners, LLC's revenue is derived from the golf course and related facilities operated by The Club At Seven Canyons, LLC.

2
2686251.02

## II. LEGAL ARGUMENT

If related or affiliated debtors have bankruptcy cases pending in the same court, their respective estates may be jointly administered under a consolidated caption. Fed. R. Bankr. P. 1015(b).[1] "Joint administration is a creature of procedural convenience. It is justified by the laudable desire to avoid the wasting of resources, which would result through the duplication of effort if cases involving related debtors were to proceed entirely separately." *In re Steury*, 94 B.R. 553, 553 (Bankr. N.D. Ind. 1988).

The Debtors' bankruptcies are the type best-suited for joint administration. The Debtors share common ownership and control, and because of their interests in the Property, their prospects for reorganization are completely intertwined. Due to the Debtors' inter-relatedness, the vast majority of motions, hearings, and orders in these cases will affect both Debtors and their respective creditors. As such, joint administration of these bankruptcy cases will not result in any prejudice to the Debtors' creditors or other parties-in-interest. Joint administration of these Debtors' cases, and the use of a consolidated caption, will avoid unnecessary confusion, reduce the time and cost attendant to reorganization under Chapter 11, and provide creditors whose interests may be affected by both bankruptcies a single forum in which to assert their claims.

WHEREFORE, the Debtors respectfully request that the Court enter an Order:

A.  Authorizing the joint administration of the Debtors' Chapter 11 cases;

B.  Authorizing the use of the consolidated caption above; and

C.  Granting such other and further relief as the Court deems just and proper under the circumstances.

/ / /

/ / /

/ / /

/ / /

---

[1] A motion requesting joint administration must be accompanied by a request that all affiliated cases be transferred to the judge presiding over the case with the lowest number. Local Bankruptcy Rule of Procedure 1015(b). In these cases, no such transfer is necessary, as both cases were assigned to the same judge.

3

2686251.02

DATED: June 1, 2010.

POLSINELLI SHUGHART PC

By: _____
John J. Hebert
Philip R. Rudd
Wesley D. Ray
Security Title Plaza
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012

*Attorneys for the Debtors*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on June 1, 2010, to:

| | |
|---|---|
| U.S. TRUSTEE'S OFFICE<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003 | Joseph E. Cotterman * jec@gknet.com<br>Nathan W. Blackburn *nate.blackburn@gknet.com<br>GALLAGHER & KENNEDY, P.A.<br>2527 E. Camelback Road<br>Phoenix, AZ 85016-9225<br>*Attorneys for Specialty Trust, Inc.* |

By: _____/s/ Cathie Bernales_____

4

2686251.02