# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA DEVELOPMENT PARTNERS, LLC;<br>THE CLUB AT SEVEN CANYONS, LLC<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-16711-RTBP<br>Case No. 2:10-bk-16714-RTBP<br><br>Jointly Administered Under<br>Case No. 2:10-bk-16711-RTBP<br><br>**ORDER APPOINTING CHIEF RESTRUCTURING OFFICER** |

Upon the Application of the Debtors and Debtors-in-Possession in the above-captioned bankruptcy proceeding, requesting that HIGHLAND FINANCIAL CONSULTING LLC serve as the Chief Restructuring Officer (the "CRO") to the Debtors and upon the verified statement filed pursuant to Rule 2014, <u>Rules of Bankruptcy Procedure</u> ("RBP"), and the Court being satisfied that HIGHLAND FINANCIAL CONSULTING LLC is a disinterested party, pursuant to 11 U.S.C. §§ 101(4) and 327, and the Court being satisfied that said employment is necessary and will be in the best interest of the estates,

**IT IS ORDERED** that HIGHLAND FINANCIAL CONSULTING LLC shall be employed as of the May 27, 2010, the date these Chapter 11 Cases were filed with this Court, to serve as the CRO of the Debtors subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

2686201.01

1

**IT IS FURTHER ORDERED** that at the time the CRO submits its application for approval and payment of fees and costs with the Bankruptcy Court, the CRO should comply fully with all provisions of RBP 2016, including providing the Court with a detailed billing statement attached to the application. The detailed billing statement should have the tasks performed by the CRO broken down in a detailed manner so that the Court may ascertain how much time was expended on services rendered.

**IT IS FURTHER ORDERED** that the CRO shall only be paid compensation and have expenses reimbursed after an application is filed with the Court.

DATED: _____.

Honorable Redfield T. Baum
United States Bankruptcy Judge

2686201.01